UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Lisitano Produce</u>

            v.                        Case No. 05-cv-297-PB

<u>Robert Cote</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 15, 2005, no objection having been filed.

SO ORDERED.

June  10, 2005                               <u>/s/ Paul Barbadoro</u>
                                              Paul Barbadoro
                                              United States District Judge

cc:    Counsel of Record